UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| In Re:                | Case No.: | 16-16726 |
| Joseph W Bendy III    | Chapter:  | 13 |
|                       | Judge:    | Christine M. Gravelle |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     Gateway One Lending & Finance, LLC
(Example: John Smith, creditor)

Old address:    160 N Riverview Dr. Ste 1
                Anaheim CA 92808

New address:    175 N Riverview Dr.
                Anaheim CA 92808

New phone no.: (888) 810-8740
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    03/18/19

Signature
Stephanie Acuna
(Creditor)

rev.2/1/16