Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re <u>Joseph W Bendy III</u>,    Case No. <u>16-16726-CMG</u>

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>11</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>03/26/2019</u>.

<u>Finance of America, LLC</u>
Name of Alleged Transferor

Address of Alleged Transferor:
Finance of America, LLC
15325 Fairfield Ranch Road, Suite 200
Chino Hills, CA 91709

<u>MidFirst Bank</u>
Name of Transferee

Address of Transferee:
MidFirst Bank
Attn: Payment Processing
P.O. Box 268888
Oklahoma City, OK 73126-8888

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: <u>03/27/2019</u>

Jeanne A. Naughton
**CLERK OF THE COURT**