| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Joseph Bendy, III,<br><br>Debtor. | Case No.: __16-16726-CMG__<br><br>Chapter: __13__<br><br>Hearing Date: __5/15/2019__<br><br>Judge: __Gravelle__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Motion for Relief re: 5 Bayleaf Drive (Docket # 64)

_____

Date: 5/14/2019                                  /s/ Denise Carlon
                                                       Signature

*rev.8/1/15*