Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−16726−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph W Bendy III
   5 Bayleaf Drive
   Lumberton, NJ 08048

Social Security No.:
   xxx−xx−9747

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 20, 2017.

On 6/13/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           July 17, 2019
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 13, 2019
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-16726-CMG
Joseph W Bendy III                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2           Date Rcvd: Jun 13, 2019
                             Form ID: 185             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db          +Joseph W Bendy III,   5 Bayleaf Drive,   Lumberton, NJ 08048-4228
516444149   +Finance of America, LLC,   15325 Fairfield Ranch Road, Suite 200,   Chino Hills, CA 91709-8834
518142986    MidFirst Bank,   Attn: Payment Processing,   P.O. Box 268888,   Oklahoma City, OK 73126-8888
518142987   +MidFirst Bank,   Attn: Payment Processing,   P.O. Box 268888,   Oklahoma City, OK 73126-8888,
              MidFirst Bank 73126-8888,   Attn: Payment Processing
518148220    Midland Mortgage, a Division of MidFirst Bank,   Attn: Payment Processing,   P.O. Box 268888,
              Oklahoma City, OK 73126-8888
518148221   +Midland Mortgage, a Division of MidFirst Bank,   Attn: Payment Processing,   P.O. Box 268888,
              Oklahoma City, OK 73126-8888,   Midland Mortgage, a Division of MidFirst 73126-888,
              Attn: Payment Processing
516107904    Ocwen Loan Services,   1661 Worthington Rd Ste 100,   West Palm Beach, FL 33409-6493
516107905    Ocwen Loan Servicing,   3451 Hammond Ave,   Waterloo, IA 50702-5345
516107907    Target bank,   3701 Wayzata Blvd,   Minneapolis, MN 55416-3401
516107908    Wells Fargo Bank N.A.,   PO Box 14517,   Des Moines, IA 50306-3517
516264792    Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:41    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516125630   +E-mail/Text: mary.stewart@abcofcu.org Jun 14 2019 00:58:30    ABCO Federal C.U.,   POB 247,
              Rancocas, NJ 08073-0247
516107901    E-mail/Text: mary.stewart@abcofcu.org Jun 14 2019 00:58:30    Abco FCU,
              621 Beverly Rancocas Rd,   Willingboro, NJ 08046-3727
516107902    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:20    Comenity Bank,
              PO Box 182789,   Columbus, OH 43218-2789
516107903   +E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jun 14 2019 00:55:19
              Gateway Lending and Finance,   175 N Riverview Dr,   Anaheim, CA 92808-1225
516196508   +E-mail/Text: bankruptcydpt@mcmcg.com Jun 14 2019 00:57:35    MIDLAND FUNDING LLC,
              PO Box 2011,   Warren, MI 48090-2011
516346065    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:02:01
              Portfolio Recovery Associates, LLC,   c/o Old Navy Visa Card,   POB 41067,   Norfolk VA 23541
516120712    E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 00:57:29
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
516107906    E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:50    Synchrony Bank,   PO Box 965007,
              Orlando, FL 32896-5007
516294354   +E-mail/Text: bncmail@w-legal.com Jun 14 2019 00:57:48    TD Bank USA, N.A.,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
          Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
          Albert Russo    docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jun 13, 2019
                              Form ID: 185             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
         Moshe  Rothenberg    on behalf of Debtor Joseph W Bendy III moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com
         Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
         Steven P. Kelly    on behalf of Creditor    Finance of America Mortgage LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

         TOTAL: 7