UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

Joseph W. Bendy III

Case No.:        16-16726

Chapter:         13

Adv. No.:        N/A

Hearing Date: 2/5/2020 at 09:00 AM

Judge:           Christine M. Gravelle

## CERTIFICATION OF SERVICE

1.   I, <u>Alyson Johnson</u>:

☐   represent the _____ in the above-captioned matter.

☒   am the secretary/paralegal for <u>Moshe Rothenberg, Esq.</u>, who represents the <u>Debtor</u> in the above-captioned matter.

☐   am the _____ in the above case and am representing myself.

2.   On <u>January 24, 2020</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**Motion to Terminate a Wage Order**

3.   I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  <u>January 24, 2020</u>                              <u>/s/Alyson Johnson</u>
                                                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Albert Russo** Standing Chapter 13 Trustee CN 4853 Trenton, NJ 08650-4853 | Chapter 13 Trustee | ❏Hand-delivered ☒Regular Mail ❏Certified mail/RR ❏E-Mail ☒Notice of Electronic Filing (NEF) ❏Other_____ (as authorized by the court*) |
| **Steven P. Kelly, Esq.** Stern & Eisenberg, P.C. 1581 Main Street Ste 200 Warrington, PA 18976 | Counsel for Finance of America Mortgage, LLC by Loancare, LLC | ❏Hand-delivered ☒Regular Mail ❏Certified mail/RR ❏E-Mail ☒Notice of Electronic Filing (NEF) |
| **Steven P. Kelly, Esq.** Stern & Eisenberg, PC 1040 N. Kings Highway, Suite 407 Cherry Hill, NJ 08034 | Counsel for Finance of America Mortgage, LLC by Loancare, LLC | ❏Other_____ (as authorized by the court*) |
| **Denise E. Carlon** KML Law Group PC Sentry Office Plaza 216 Haddon Avenue Suite 206 Westmont, NJ 08108 | Counsel for MidFirst Bank | ❏Hand-delivered ☒Regular Mail ❏Certified mail/RR ❏E-Mail ☒Notice of Electronic Filing (NEF) ❏Other_____ (as authorized by the court*) |
| **Kevin Gordon McDonald** KML Law Group, P.C. 701 Market Street Ste 5000 Philadelphia, PA 19106 | Counsel for MidFirst Bank | |
| **Rebecca Ann Solarz** KML Law Group, P.C. 701 Market Street Suite 5000 Philadelphia, PA 19106 | Counsel for MidFirst Bank | |
| **Joseph W. Bendy III** 5 Bayleaf Drive Lumberton, NJ 08048 | Debtor | ❏Hand-delivered ☒Regular Mail ❏Certified mail/RR ❏E-Mail ❏Notice of Electronic Filing (NEF) ❏Other_____ (as authorized by the court*) |
| **Abco FCU** 621 Beverly Rancocas Rd Willingboro, NJ 08046-3727 | Creditors | ❏Hand-delivered ☒Regular Mail ❏Certified mail/RR ❏E-Mail ❏Notice of Electronic |

| | | |
|---|---|---|
| **ABCO Federal C.U.**<br>POB 247<br>Rancocas, NJ 08073 | | Filing (NEF)<br>❑Other_____<br>(as authorized by the court*) |
| **Comenity Bank**<br>PO Box 182789<br>Columbus, OH 43218-2789 | | |
| **Finance of America, LLC**<br>15325 Fairfield Ranch Road,<br>Suite 200<br>Chino Hills, CA 91709 | | |
| **Gateway Lending and Finance**<br>175 N Riverview Dr<br>Anaheim, CA 92808 | | |
| **MidFirst Bank**<br>Attn: Payment Processing<br>P.O. Box 268888<br>Oklahoma City, OK 73126-8888 | | |
| **MIDLAND FUNDING LLC**<br>PO Box 2011<br>Warren, MI 48090 | | |
| **Midland Mortgage, a Division<br>of MidFirst Bank**<br>Attn: Payment Processing<br>P.O. Box 268888<br>Oklahoma City, OK 73126-8888 | | |
| **Midland Mortgage, a Division<br>of MidFirst Bank**<br>Attn: Customer Service<br>P.O. Box 26648<br>Oklahoma City, OK 73126-0648 | | |
| **Ocwen Loan Services**<br>1661 Worthington Rd Ste 100<br>West Palm Beach, FL 33409-<br>6493 | | |
| **Ocwen Loan Servicing**<br>3451 Hammond Ave<br>Waterloo, IA 50702-5345 | | |
| **Portfolio Recovery Associates,<br>LLC**<br>c/o Old Navy Visa Card<br>POB 41067<br>Norfolk VA 23541 | | |

| | | |
|---|---|---|
| **Quantum3 Group LLC as agent for**<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><br>**Synchrony Bank**<br>PO Box 965007<br>Orlando, FL 32896-5007<br><br>**Target bank**<br>3701 Wayzata Blvd<br>Minneapolis, MN 55416-3401<br><br>**TD Bank USA, N.A.**<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE,<br>STE 400<br>SEATTLE, WA 98121<br><br>**Wells Fargo Bank N.A.**<br>PO Box 14517<br>Des Moines, IA 50306-3517<br><br>**Wells Fargo Bank NA**<br>PO Box 10438<br>Des Moines IA 50306-0438 | | |