UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

      Joseph W. Bendy III

Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-16726

Chapter:    13

Judge:    Christine M. Gravelle

# ORDER TERMINATING WAGE ORDER

The relief set on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: February 6, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
**Debtor(s):** Joseph W. Bendy III
**Case No.:** 16-16726
**Caption of Order:** Order Terminating Wage Order

---

Joseph W. Bendy III, a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an order having been entered for debtor's employer State of New Jersey, to deduct funds from the debtor's compensation and submit them to the Chapter 13 Trustee, and good cause appearing therefore;

**IT IS HEREBY**

**ORDERED** that the debtor's employer shall cease withholding trustee payments from the debtor's compensation beginning on the date of this order, and that the debtor's employer is no longer required to submit payments to the Chapter 13 Trustee on behalf of the above named debtor, and it is further

**ORDERED** that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further

**ORDERED** that the attorney for the debtor or the Chapter 13 Trustee if the debtor is not represented by an attorney, shall serve a copy of this order on the debtor's employer within five days of the date of this order.