| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 16-16726 / CMG**

| | |
|---|---|
| Joseph W Bendy III | Petition Filed Date: 04/07/2016 |
| 5 Bayleaf Drive | 341 Hearing Date: 05/19/2016 |
| Lumberton  NJ  08048 | Confirmation Date: 12/21/2016 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $165.00 | 13464915 | 01/23/2019 | $165.00 | 13477353 | 02/05/2019 | $165.00 | 13489988 |
| 02/20/2019 | $165.00 | 13501505 | 03/06/2019 | $165.00 | 13515751 | 03/19/2019 | $165.00 | 13525478 |
| 04/02/2019 | $165.00 | 13538775 | 04/15/2019 | $165.00 | 13551144 | 04/29/2019 | $165.00 | 13563265 |
| 05/14/2019 | $165.00 | 13575285 | 05/29/2019 | $165.00 | 13589059 | 06/11/2019 | $165.00 | 13600993 |
| 06/25/2019 | $165.00 | 13613694 | 07/09/2019 | $165.00 | 13627845 | 07/22/2019 | $165.00 | 13640195 |
| 08/06/2019 | $165.00 | 13653495 | 08/19/2019 | $165.00 | 13664261 | 09/03/2019 | $370.00 | 13676126 |
| 09/17/2019 | $370.00 | 13686563 | 10/02/2019 | $370.00 | 13699208 | 10/16/2019 | $370.00 | 13713606 |
| 10/29/2019 | $370.00 | 13724648 | 11/13/2019 | $370.00 | 13736915 | 11/25/2019 | $370.00 | 13747400 |
| 12/10/2019 | $370.00 | 13760466 | 12/27/2019 | $370.00 | 13772421 | | | |

**Total Receipts for Period: $6,135.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,175.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Joseph W Bendy III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | MOSHE ROTHENBERG, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,160.00 | $3,160.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC<br>»» LANE BRYANT | Unsecured Creditors | $1,767.86 | $0.00 | $0.00 |
| 2 | ABCO FEDERAL CREDIT UNION | Unsecured Creditors | $516.53 | $0.00 | $0.00 |
| 3 | Gateway One Lending & Finance<br>»» 2012 KIA SPORTAGE/CRAM | Debt Secured by Vehicle | $14,267.00 | $9,399.51 | $4,867.49 |
| 4 | MIDLAND CREDIT  AS AGENT FOR<br>»» HOME DESIGN | Unsecured Creditors | $6,102.08 | $0.00 | $0.00 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»» LOWES | Unsecured Creditors | $2,473.38 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»» PC RICHARD | Unsecured Creditors | $1,720.61 | $0.00 | $0.00 |
| 7 | MIDLAND CREDIT  AS AGENT FOR<br>»» WALMART | Unsecured Creditors | $1,772.31 | $0.00 | $0.00 |
| 8 | Wells Fargo Bank, NA<br>»» ASHLEY | Secured Creditors | $410.66 | $262.51 | $148.15 |
| 9 | TD BANK USA NA | Unsecured Creditors | $937.56 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-16726 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» OLD NAVY | Unsecured Creditors | $3,606.68 | $0.00 | $0.00 |
| 11 | Midland Mortgage<br>»» P/5 BAYLEAF DR/1ST MTG/ SURR/FINANCE OF AMERICA/SV 1/22/20 | Mortgage Arrears<br>No Disbursements: Filed Out of Time - NO | $0.00 | $0.00 | $0.00 |
| 12 | Midland Mortgage<br>»» 5 BAYLEAF DRIVE/ORDER 5/30/19/SV 1/22/20 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $9,360.21 | $2,024.05 | $7,336.16 |
| 13 | Midland Mortgage<br>»» 5 BAYLEAF DRIVE/ORDER 5/30/19/SV 1/22/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/7/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,175.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $15,377.07 | Current Monthly Payment: | $798.00 |
| Paid to Trustee: | $1,047.68 | Arrearages: | $1,950.00 |
| Funds on Hand: | $750.25 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**