| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s)<br><br>In Re:<br><br>      Joseph W. Bendy III | Order Filed on February 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:   16-16726<br>Chapter:   13<br>Judge:   Christine M. Gravelle |

## ORDER TERMINATING WAGE ORDER

The relief set on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: February 6, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
**Debtor(s):** Joseph W. Bendy III
**Case No.:** 16-16726
**Caption of Order:** Order Terminating Wage Order

---

Joseph W. Bendy III, a debtor in the above named case having filed for relief under Chapter 13 of Title 11 of the United States Code, and an order having been entered for debtor's employer State of New Jersey, to deduct funds from the debtor's compensation and submit them to the Chapter 13 Trustee, and good cause appearing therefore;

**IT IS HEREBY**

**ORDERED** that the debtor's employer shall cease withholding trustee payments from the debtor's compensation beginning on the date of this order, and that the debtor's employer is no longer required to submit payments to the Chapter 13 Trustee on behalf of the above named debtor, and it is further

**ORDERED** that any funds withheld from the debtor's compensation prior to the above date that have not been transmitted to the trustee shall be refunded to the debtor within ten (10) days of the date of this Order, and it is further

**ORDERED** that the attorney for the debtor or the Chapter 13 Trustee if the debtor is not represented by an attorney, shall serve a copy of this order on the debtor's employer within five days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph W Bendy III  
    Debtor

Case No. 16-16726-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 06, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2020.  
db           +Joseph W Bendy III,    5 Bayleaf Drive,    Lumberton, NJ 08048-4228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:

          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
          Albert    Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Moshe    Rothenberg    on behalf of Debtor Joseph W Bendy III moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com  
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
          Steven P. Kelly    on behalf of Creditor    Finance of America Mortgage LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                            TOTAL: 7