Form 210A (12/09)

# United States Bankruptcy Court

District Of **New Jersey**

In re **JOSEPH BENDY III**,    Case No. **16-16726**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Santander Consumer USA Inc. | Gateway Lending and Finance |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

Phone:
Last Four Digits of Acct #:   6554

Name and Address where transferee payments should be sent(if different from above):

Santander Consumer USA Inc.
P.O. Box 560284
Dallas, TX 75356

Phone:
Last Four Digits of Acct #:   6554

Court Claim #(if known):   3
Amount of Claim:   $13,101.22
Date Claim Filed:   5/19/2016

Phone:
Last Four Digits of Acct #:   5835

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Lorraine Lowery-Johnson         Date:   3/18/2020
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of upt $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § § 152 &3571.