Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

            Case No.:  16−16726−CMG
            Chapter:  13
            Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Joseph W Bendy III
 5 Bayleaf Drive
 Lumberton, NJ 08048

Social Security No.:
 xxx−xx−9747

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

 NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/19/20.

 Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

 This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 19, 2020
JAN: rms

                           Jeanne Naughton
                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-16726-CMG
Joseph W Bendy III                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 19, 2020
                              Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db              +Joseph W Bendy III,   5 Bayleaf Drive,   Lumberton, NJ 08048-4228
516444149       +Finance of America, LLC,   15325 Fairfield Ranch Road, Suite 200,   Chino Hills, CA 91709-8834
518142986        MidFirst Bank,   Attn: Payment Processing,   P.O. Box 268888,   Oklahoma City, OK 73126-8888
518142987       +MidFirst Bank,   Attn: Payment Processing,   P.O. Box 268888,   Oklahoma City, OK 73126-8888,
                  MidFirst Bank 73126-8888,   Attn: Payment Processing
518148220        Midland Mortgage, a Division of MidFirst Bank,   Attn: Payment Processing,   P.O. Box 268888,
                  Oklahoma City, OK 73126-8888
518148221       +Midland Mortgage, a Division of MidFirst Bank,   Attn: Payment Processing,   P.O. Box 268888,
                  Oklahoma City, OK 73126-8888,   Midland Mortgage, a Division of MidFirst 73126-888,
                  Attn: Payment Processing
516107904        Ocwen Loan Services,   1661 Worthington Rd Ste 100,   West Palm Beach, FL 33409-6493
516107905        Ocwen Loan Servicing,   3451 Hammond Ave,   Waterloo, IA 50702-5345
518769110        SantanderConsumerUSA Inc,   as servicing agent for Gateway,One,   Lending&Finance,LLC(Gateway),
                  P.O. Box 560284 Dallas, TX 75356
518769111        SantanderConsumerUSA Inc,   as servicing agent for Gateway,One,   Lending&Finance,LLC(Gateway),
                  P.O. Box 560284 Dallas, TX 75356,   SantanderConsumerUSA Inc,
                  as servicing agent for Gateway,One

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2020 02:20:12      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2020 02:20:09      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516125630       +E-mail/Text: mary.stewart@abcofcu.org Jun 20 2020 02:21:18      ABCO Federal C.U.,   POB 247,
                  Rancocas, NJ 08073-0247
516107901        E-mail/Text: mary.stewart@abcofcu.org Jun 20 2020 02:21:18      Abco FCU,
                  621 Beverly Rancocas Rd,   Willingboro, NJ 08046-3727
516107902        EDI: WFNNB.COM Jun 20 2020 05:18:00      Comenity Bank,   PO Box 182789,
                  Columbus, OH 43218-2789
516107903       +E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Jun 20 2020 02:18:45
                  Gateway Lending and Finance,   175 N Riverview Dr,   Anaheim, CA 92808-1225
516196508       +EDI: MID8.COM Jun 20 2020 05:18:00      MIDLAND FUNDING LLC,   PO Box 2011,
                  Warren, MI 48090-2011
516346065        EDI: PRA.COM Jun 20 2020 05:18:00      Portfolio Recovery Associates, LLC,
                  c/o Old Navy Visa Card,   POB 41067,   Norfolk VA 23541
516120712        EDI: Q3G.COM Jun 20 2020 05:18:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                  PO Box 788,   Kirkland, WA 98083-0788
516107906        EDI: RMSC.COM Jun 20 2020 05:18:00      Synchrony Bank,   PO Box 965007,
                  Orlando, FL 32896-5007
516294354       +E-mail/Text: bncmail@w-legal.com Jun 20 2020 02:20:32      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516107907       +EDI: WTRRNBANK.COM Jun 20 2020 05:18:00      Target bank,   3701 Wayzata Blvd,
                  Minneapolis, MN 55416-3440
516107908        EDI: WFFC.COM Jun 20 2020 05:18:00      Wells Fargo Bank N.A.,   PO Box 14517,
                  Des Moines, IA 50306-3517
516264792        EDI: WFFC.COM Jun 20 2020 05:18:00      Wells Fargo Bank NA,   PO Box 10438,
                  Des Moines IA 50306-0438
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2020
                              Form ID: 148             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:

```
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Moshe   Rothenberg     on behalf of Debtor Joseph W Bendy III moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Steven P. Kelly     on behalf of Creditor    Finance of America Mortgage LLC
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                               TOTAL: 7
```